**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Giovanni Ilma Zapata,<br><br>                                   Petitioner,<br><br>                    -v-<br><br>Kenneth Genalo, *in his official capacity as Field Office Director of New York, Immigration and Customs Enforcement*, Kristi Noem, *in her official capacity as Secretary of Homeland Security*, Pam Bondi, *in her official capacity as Attorney General*,<br><br>                                   Respondents. | 2:26-cv-01365<br>(NJC) |

## ORDER

NUSRAT J. CHOUDHURY, United States District Judge:

On March 9, 2026, Mr. Ilma Zapata filed a Petition for Writ of Habeas Corpus. (*See* ECF No. 1.)

As ordered at the Court's telephone conference on the Petition on March 11, 2026, which the Court will set forth in more detail in a forthcoming opinion, the Court GRANTS Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241, and hereby ORDERS that Respondents immediately release Mr. Ilma Zapata from custody. Respondents must coordinate with Petitioner's counsel and thereafter release Mr. Ilma Zapata from the Nassau County Correctional Center, without any electronic monitoring, including but not limited to GPS monitoring, into the physical care of their counsel or another mutually agreed upon person at the earliest possible time agreed upon by the parties, but no later than **8:00 p.m. tonight, March 11, 2026**. Respondents must release Mr. Ilma Zapata with all of his belongings that are in Respondents' possession, including but not limited to all identification cards, clothing, and

money. To the extent that any of Mr. Ilma Zapata's belongings are located at 26 Federal Plaza, Respondents shall release those items to Petitioner's counsel by **March 12, 2026**. All other belongings must be returned to Mr. Ilma Zapata prior to or at the time of his release directly from the Nassau County Correctional Center.

Respondents shall confirm compliance with these directives, including by identifying the specific individual to whom Mr. Ilma Zapata was released and how and when all belongings, including identification cards were returned, in a filing on the docket by **11:59 p.m. tonight, March 11, 2026.**

The Court FURTHER ORDERS that Respondents shall not deny Mr. Ilma Zapata bond in any subsequent proceeding on the basis that he must be detained pursuant to Section 1225(b) absent a change in relevant circumstances consistent with this Order.

Dated: Central Islip, New York
        March 11, 2026

_____/s/ Nusrat J. Choudhury_____
NUSRAT J. CHOUDHURY
United States District Judge

2